No. 129. Jones v. United States, *ante*, p. 854;

No. 232. Clark v. Texas, *ante*, p. 855;

No. 235. Tawes v. Cie. Des Messageries Maritimes, *ante*, p. 858;

No. 248. Schwegmann Brothers Giant Super Market et al. v. Eli Lilly & Co., *ante*, p. 856;

No. 252. Universal Manufacturing Co. et al. v. Federal Trade Commission, *ante*, p. 856; and

No. 257. Jones v. Lykes Brothers Steamship Co., Inc., *ante*, p. 857. Petitions for rehearing denied.

No. 150. Russell Box Co. v. Grant Paper Box Co., *ante*, p. 821;

No. 169. Wheeler v. Mississippi, *ante*, p. 852;

No. 181. Dargel et al. v. Sherrard, Director of Defense Rental Areas Division, Office of Defense Mobilization, et al., *ante*, p. 835; and

No. 90, Misc. Lesser v. New York, *ante*, p. 840. Petitions for rehearing denied. The Chief Justice took no part in the consideration or decision of these applications.

No. 9, Misc. Kemmerer v. Warden, Michigan State Penitentiary, *ante*, p. 858; and

No. 23, Misc. Shotkin v. Atchison, Topeka & Santa Fe R. Co. et al., *ante*, p. 860. Petitions for rehearing denied.

No. 372, Misc., October Term, 1952. Severa v. New Jersey, 345 U. S. 929. Fifth petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this application.

No. 548, Misc., October Term, 1952. Severa v. McCorkle, Acting Warden, 345 U. S. 990. Second petition for rehearing denied. The Chief Justice took no part in the consideration or decision of this application.